**McDermott Will & Schulte**

Franklin Monsour Jr.
Attorney at Law
fmonsour@mwe.com
+1 212 547 5554

October 3, 2025

**VIA ECF**

Hon. Alvin K. Hellerstein
United States District Judge
United States District Court for the
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

Re:    *United States v. Clemenson*, 25-cr-61 (AKH), Unopposed Travel Request

Dear Judge Hellerstein:

On behalf of Matthew Clemenson, we write to respectfully request the Court to modify Mr. Clemenson's conditions of release to allow him to temporarily obtain his passport from Pretrial Services and travel to the Republic of Turkey from on or about October 8, 2025, to October 23, 2025, for business-related travel. The Government does not oppose this request and Pretrial Services takes no position. The details of the travel request are as follows.

Mr. Clemenson is a consultant through Smart Soil Consulting, focusing on soil and crop development technology; this role is the primary source of income for his wife and minor child. The work he performs requires occasional international travel, including to the Republic of Turkey, for in-person meetings and product demonstrations with potential partners for farmland development. Mr. Clemenson's current conditions of release allow for domestic travel with prior notice to Pretrial Services. For purposes of this travel request, Mr. Clemenson would obtain his passport, currently held by Pretrial Services, provide his specific flight itinerary and hotel accommodations to the Government and Pretrial Services, check-in as requested, and return his passport to Pretrial Services upon return.

Undersigned counsel conferred with the Assistant United States Attorney and Mr. Clemenson's Pretrial Services' Officer; the Government does not object to the requested travel and Pretrial Services takes no position, further noting that Mr. Clemenson has been fully compliant with his conditions of release.

Hon. Alvin K. Hellerstein
October 3, 2025
Page 2

   We respectfully request that the Court endorse this letter confirming approval of Mr. Clemenson's travel request. We thank the Court for its consideration.


Respectfully Submitted,

*/s/ Franklin Monsour Jr.*

Franklin Monsour Jr.


cc:  Justin Rodriguez, AUSA
   Stephen Boose, Pretrial Services

**McDermott Will & Schulte**