

**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

*The Jacob K. Javits Federal Building*
*26 Federal Plaza*
*New York, New York 10278*

November 25, 2025

**BY ECF**
The Honorable Alvin K. Hellerstein
United States District Judge
Southern District of New York

> Re:     *United States v. Matthew Clemenson*, S1 25 Cr. 61 (AKH)
>         *United States v. Ryan Dickinson*, S2 25 Cr. 61 (AKH)

Dear Judge Hellerstein:

The Government writes with respect to the November 24, 2025 sentencing control date for defendants Matthew Clemenson and Ryan Dickinson. With the consent of these defendants, the Government respectfully requests that the Court set the next sentencing control date for Clemenson and Dickinson for some time after the trial in this case against defendant Vadim Komissarov, which is currently scheduled for March 9, 2026 and is expected to last approximately three weeks.

Respectfully submitted,

JAY CLAYTON
United States Attorney

by: *Justin Rodriguez*
Justin V. Rodriguez
Matthew Shahabian
Assistant United States Attorneys
(212) 637-2591

cc: Counsel of record (by ECF)

*The sentencing/control date for Mr. Clemenson will be April 15, 2026 at 11:00 am and April 16, 2026 at 11:00 am for Mr. Dickson.*

*X Alvin K. Hellerstein*

*12/1/2026*